UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: LENA N. RAGIN

Case No.: 18-14103
Chapter: 7
Judge: Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Papalia_____ on ___August 7, 2018___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property:<br>83 North 16th Street<br>East Orange, NJ 07017<br>Market Value: $80,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Bank of America, N.A. on which there is due approximately $194,804.00. |
|---|---|

| Amount of equity claimed as exempt: | No Equity |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee   /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-14103-VFP
Lena N Ragin                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                Page 1 of 4           Date Rcvd: Jun 29, 2018
                             Form ID: pdf905            Total Noticed: 118

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
```
db              +Lena N Ragin,    83 North 16th Street,    East Orange, NJ 07017-5212
517364360      #+1st National Collection,    610 Waltham Way,    McCarran, NV 89434-6695
517364371       +AOL,    Attn:NCO Financial Systems,    Pob 15740,    Wilmington, DE 19850-5740
517364372        APEX Asset Mgmnt,    P.O. Box 5407,    Lancaster, PA 17606-5407
517364361        Account Resolution Services,    1643 N.Harrison Parkway Bldg,    H Suite 100,
                 Fort Lauderdale, FL 33323
517364362       +All Clear Plumbing,    54 Greylock Avenue,    Belleville, NJ 07109-3304
517364365       +Alliance One,    Pob 11641,    Tacoma, WA 98411-6641
517364366       +Alliance One Receivables Mgmnt,    Pob 11641,    Tacoma, WA 98411-6641
517364369       +AlliedInterstate,    Pob 361315,    Columbus, OH 43236-1315
517364367       +AlliedInterstate,    Pob 26190,    Minneapolis, MN 55426-0190
517364368       +Alliedinterstate,    Pob 4000,    Warrenton, VA 20188-4000
517364373       +Apex Asset Mgmnt,    1891 Santa Barbara Dr.,    Ste#204,    Lancaster, PA 17601-4106
517364375      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Pob 15019,    Wilmington, DE 19886)
517364380       +BMC Construction ,LLC,    50 South Center Street,    #5,    Orange, NJ 07050-3530
517364374       +Bank of Amerca N.A,    Attn:KML Law Group,PC,    216 Haddon Avenue Ste#406,
                 Westmont, NJ 08108-2812
517364377       +Bank of America N.A.,    Attn:KML Law Group,    Suite 5000-BNY Independence Center,
                 701 Market St.,    Philadelphia, PA 19106-1538
517364382       +Cablevision,    Attn:Sunrise Credit Service,    Pob 9100,    Farmingdale, NY 11735-9100
517364383       +Calvary Portfolio Services,    Pob 2788,    Tempe, AZ 85280-2788
517364384       +Carolinas Healthcare System,    Pob 70826,    Charlotte, NC 28272-0826
517364385       +Carolinas Healthcare System,    Attn:PMAB,    Pob 12150,    Charlotte, NC 28220-2150
517364386       +Celentano,Stadtmauer,Walentowicz,    Pob 2594,    Clifton, NJ 07015-2594
517364387       +Certified Credit&Collections Bur.,    Pob 1750,    Whitehouse Station, NJ 08889-1750
517364388       +Citizens United Reciprocal Exchange,    as subrogee of Josefa Fernandez-Gonzalez,
                 Attn:Steven G Kraus Esq.,    122 Mount Bethel Rd.,    Warren, NJ 07059-5129
517364389       +City of East Orange,    Neighborhood Housing&Revitalization,    44 City Hall Plaza,
                 East Orange, NJ 07018-4502
517364391        Clara Maass Med.Ctr.,    Attn:Senex Service Corp,    333 Founders Rd. 2ndfl,
                 Indianapolis, IN 46268
517364394       +Comcast,    Attn:Eastern Account System of Conn.,    Pob 837,    Newtown, CT 06470-0837
517364392       +Comcast,    Attn:Southwest Credit,    4120 International Pk.,    Ste#1100,
                 Carrollton, TX 75007-1958
517364396       +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
517364400        Customer Service Ctr,    Pob 6402,    Camp Hill, PA 17012
517364402       +East Orange Water Commission,    99 S.Grove St,    East Orange, NJ 07018-4108
517364403       +Emergency Phy.Assoc.North Jersey,    Attn:ARS Account Resolution,    1643 Harrison Pkwy Ste#100,
                 Sunrise, FL 33323-2857
517364404       +Essex County College,    Attn:Office of The Bursar,    303 University Avenue,
                 Newark, NJ 07102-1798
517364405       +Essex Gastroenterology Assoc.,    5 Franklin Ave Ste#109,    Belleville, NJ 07109-3521
517364406        Evergreen Emergency Solutions,    Attn:AmeriFinancial Solutions,    Pob 622570,
                 Charlotte, NC 28260
517364407       +Evergreen Emergency Solutions,    Attn Phoenix Financial,    PO Box 361450,
                 Indianapolis, IN 46236-1450
517364408       +Evergreen Emergency/Phoenix Physicians,    6880 W Snowville Rd, 210,
                 Brecksville, OH 44141-3255
517364409       +FMA Alliance,    Pob 2409,    Houston, TX 77252-2409
517364411       +George Brown Assoc.,    2200 Crown Point Executive Dr.,    Charlotte, NC 28227-7754
517364412       +Gwinnett Emergency Specialist,    Pob 120153,    Grand Rapids, MI 49528-0103
517364413       +Gwinnett Hospital System,    Pob 1190,    Lawrenceville, GA 30046-1190
517364414       +Gwinnett Hospital System, Inc.,    Medical Revenue Service,    Pob 1940,
                 Melbourne, FL 32902-1940
517364415       +Hackensack UMC,    Attn:Medical Revenue Services,    Pob 1149,    Sebring, FL 33871-1149
517364416       +HertzRentafine.Com,    Pob 13270 H-5,    Scottsdale, AZ 85267-3270
517364418       +IC Systems,    Pob 64378,    Saint Paul, MN 55164-0378
517364419       +Imaging Subspecialists of North Jersey,    Attn:Schlee&Stillman LLC,    50 Tower Office Park,
                 Woburn, MA 01801-2113
517364420       +Josefa Fernandez,    Attn:Raffi T Khorozian ,PC,    1073 Palisade Avenue,
                 Fort Lee, NJ 07024-6329
517364421       +Kearny Emergency Med.Services,    Pob 419,    Kearny, NJ 07032-0419
517364422       +Kenneth Treadwell Jr.MD,    1387 Clinton Avenue,    Irvington, NJ 07111-1442
517364424       +Lafayette Medical Center,    390 New York Avenue,    Newark, NJ 07105-3125
517364426        Lucille Roberts Health Club,    Attn:SKO Brenner,    CS 9320,    Baldwin, NY 11510
517364429       +Mountainside Hospital,    Patient Billing,    1 Bay Avenue,    Glen Ridge, NJ 07028-1505
517364427       +Mountainside Hospital,    PO Box 864,    Mahwah, NJ 07430-0864
517364430       +Mountainside Hospital,    Attn:Medical Revenue Service,    Pob 1149,    Sebring, FL 33871-1149
517364428       +Mountainside Hospital,    Attn Certified Credit and Collection,    PO Box 336,
                 Raritan, NJ 08869-0336
517364431       +N.Y. Dept of Finance,    Attn:Universal Fidelity LP,    Pob 3615 Church St Station,
                 New York, NY 10008-3615
517364434       +NBIMC,    Pob 8000 Dept.580,    Buffalo, NY 14267-0002
517364433       +NBIMC,    Attn:Apex Asset Mgmnt LLC,    1891 Santa Barbara Dr.,    Lancaster, PA 17601-4106
```

```
District/off: 0312-2           User: admin                 Page 2 of 4                  Date Rcvd: Jun 29, 2018
                               Form ID: pdf905             Total Noticed: 118


517364435       +NCC,    120 N.Keyser Ave,    Scranton, PA 18504-9701
517364445       +NJ Motor Vehicle Commission,    225 East State Street,    Trenton, NJ 08666-0001
517364436        New York City Dept of Finance,    Parking Violations,    Pob 3600,    New York, NY 10000
517364437       +New York City Dept of Finance,    Attn:Penn Credit Corp,    Pob 988,    Harrisburg, PA 17108-0988
517364439        Newark Beth Israel,    Attn Senex Services,    3333 Founders Road, 2nd Floor,
                  Indianapolis, IN 46268-4933
517364438        Newark Beth Israel,    PO Box 18228,    Newark, NJ 07191-8228
517364441       +Newark Beth Israel Med Ctr,    Attn:Schachter Portnoy,    3490 US Rt 1,
                  Princeton, NJ 08540-5920
517364442       +Newark Beth Israel Med Ctr.,    Attn;BCA Finacial Services,    18001 Old Cutler Rd Ste#462,
                  Miami, FL 33157-6437
517364446       +O,The Oprah Magazine,    Pob 6093,    Harlan, IA 51593-1593
517364447       +Optimum Outcomes,    Pob 58015,    Raleigh, NC 27658-8015
517364449       +Overlook Medical Center,    Attn Accurate Collection Services,    17 Prospect Street,
                  Morristown, NJ 07960-6862
517364448        Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517364456      #+PSE&G,    Attn:1st National Collection Bur.,    610 Waltham Way,    Sparks, NV 89434-6695
517364450       +Pedro M. Santiak,    Attn:David T.Ercolano Esq,    Fusco&Macaluso Partners,LLC,
                  150 Passaic Avenue,    Passaic, NJ 07055-4702
517364451      #+Penn Credit Corp.,    Pob 988,    Harrisburg, PA 17108-0988
517364452        Planet Fitness,    60 Sussex Avenue,    East Orange, NJ 07018
517364453       +Plate Pass LLC,    Pob 13270,    Scottsdale, AZ 85267-3270
517364454       +Plymouth Rock Assurance,    Attn Credit and Collection Service,    725 Canton Street,
                  Norwood, MA 02062-2679
517364458       +Quick Payday,    Attn:Dynamic Recovery Solutions,    Pob 25759,    Greenville, SC 29616-0759
517364459       +Remex,Inc,    307 Wall St,    Princeton, NJ 08540-1515
517364461       +Rise Academy,    Attn:Business Office,    21 Ashland St,    Newark, NJ 07103-1907
517364463        S.Mountain Imaging Ctr,    Attn:M.Harrison Esq,    3155 Rt 10 East Ste214,    Denville, NJ 07834
517364464      ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
                  (address filed with court: Senex Services Corp,    3333 Founders Road, 2nd Floor,
                  Indianapolis, IN 46268)
517364467       +Sprint,    Attn:Enhanced Recovery Center,    Pob 57547,    Jacksonville, FL 32241-7547
517364468       +St.Benedict’s Preparatory School,    Attn:Business Offfice,    520 Dr.Martin Luther King Jr. Blvd,
                  Newark, NJ 07102-1314
517364469       +Summit Medical Group,    Attn:Business Office,    150 Floral Ave.,
                  New Providence, NJ 07974-1557
517364470       +The Dental Spa of the Oranges,    15 Freeman Ave,    East Orange, NJ 07018-3429
517364471       +U.S. Dept. of Housing and Urban,    Development (HUD),    451 7th Street S.W.,
                  Washington, DC 20410-0001
517364472       +UMDNJ,    PO Box 3009,    Newark, NJ 07103-0009
517364474       +UMDNJ,    Attn:Transworld Systems,    2 Huntington Quadrangle,    Ste#3NQ2,
                  Melville, NY 11747-4503
517364473       +UMDNJ,    Attn;Clients Services,    3451 Harry S Truman,    Saint Charles, MO 63301-4047
517364477       +US District Court,    Central Violations Bureau,    Pob 780549,    San Antonio, TX 78278-0549
517364479       +USPS/DMS,    Attn:CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
517364478        USPS/DMS,    Pob 979101,    St.Louis, MO 63196
517364476       +United States Attorney General,    Attorney General U.S. Dept.of Justice,    Ben Franklin Station,
                  Pobox 683,    Washington, DC 20044-0683
517364481       +Verizon,    Attn:Palisades Collection LLC,    Pob 1244,    Englewood Cliffs, NJ 07632-0244
517364482        Wells Fargo,    PO Box 5058,    Portland, OR 97208-5058
517364484       +Wells Spring Counseling Ctr LLC,    22-08 Rt 208,    Ste#16,    Fair Lawn, NJ 07410-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2018 23:55:41      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517364370       +E-mail/Text: bkrpt@retrievalmasters.com Jun 29 2018 23:55:40
                  American Medical Collecton Agcy,    4 Westchester Plaza Ste# 110,    Elmsford, NY 10523-1615
517364376       +E-mail/Text: egssupportservices@alorica.com Jun 29 2018 23:56:02      Bank of America,
                  Attn:NCO Financial System,Inc,    507 Prudential Rd.,    Horsham, PA 19044-2308
517364378       +E-mail/Text: ebn@barnabashealth.org Jun 29 2018 23:56:19      Barnabas Health,    Pob 903,
                  Oceanport, NJ 07757-0903
517364381       +E-mail/Text: bcwrtoff@cablevision.com Jun 29 2018 23:56:48      Cablevision,    Bankruptcy Dept.,
                  200 Jericho Quandrangle,    Jericho, NY 11753-2701
517364393       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 29 2018 23:56:28      Comcast,
                  One Comcast Center,    Philadelphia, PA 19103-2899
517364397       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 23:56:47      Credit Collection,
                  Pob 607,    Norwood, MA 02062-0607
517364399       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 23:56:47
                  Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
517364401       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 29 2018 23:56:30      Diversified Consultants,
                  Pob 551268,    Jacksonville, FL 32255-1268
517364410       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 23:56:47      GEICO Indemnity Co.,
                  Attn:Credit Collection Services,    Pob 607,    Norwood, MA 02062-0607
517364417        E-mail/Text: bankruptcy@hsn.net Jun 29 2018 23:56:26      HSN,    PO Box 9090,
                  Clearwater, FL 33758-9090
517364443       +E-mail/Text: Jerry.Bogar@conduent.com Jun 29 2018 23:57:01      NJ E-Z Pass,
                  Violations Processing Center,    Pob 4971,    Trenton, NJ 08650-4971
```

```
District/off: 0312-2            User: admin              Page 3 of 4                  Date Rcvd: Jun 29, 2018
                                Form ID: pdf905          Total Noticed: 118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517364432       +E-mail/PDF: pa_dc_claims@navient.com Jun 29 2018 23:58:44      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517364440       +E-mail/Text: ebn@barnabashealth.org Jun 29 2018 23:56:19      Newark Beth Israel,    PO Box 903,
                 Oceanport, NJ 07757-0903
517364457       +E-mail/Text: bankruptcy@pseg.com Jun 29 2018 23:54:52      PSE&GCo,    Pob 490,
                 Cranford, NJ 07016-0490
517364455       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 23:56:47
                 Progressive  Garden State Insurance Co.,    Attn:CCS,    Pob 607,    Norwood, MA 02062-0607
517364462       +E-mail/Text: bkrpt@retrievalmasters.com Jun 29 2018 23:55:40      RMCB,    4 Westchester Plaza,
                 Ste 110,   Elmsford, NY 10523-3835
517364460       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2018 00:13:10
                 Resurgent Capital Services,    15 S.Main St Ste#600,    Greenville, SC 29601-2768
517364464       +E-mail/Text: bankruptcy@senexco.com Jun 29 2018 23:54:51      Senex Services Corp,
                 3333 Founders Road, 2nd Floor,    Indianapolis, IN 46268
517364466        E-mail/Text: appebnmailbox@sprint.com Jun 29 2018 23:55:40      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
517364475       +E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45      United States Attorney,
                 Peter Rodino Federal  Building,    970 Broad Street Suite 700,    Newark, NJ 07102-2527
517364480       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 29 2018 23:54:49
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Spring, MO 63304-2225
517364483       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 23:56:47      Wells Fargo Bank,
                 Attn:Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3225
                                                                                                TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517364398*      +Credit Collection,    Pob 607,    Norwood, MA 02062-0607
517364444*      +NJ E-Z Pass,    Violations Processing Center,    Pob 4971,    Trenton, NJ 08650-4971
517364363      ##+Alliance Asset Mgmnt,    330 Georgetown Sq.,    Ste#104,    Wood Dale, IL 60191-1890
517364364      ##+Alliance One,    PO Box 2449,    6565 Kimball Drive,    Gig Harbor, WA 98335-1200
517364379      ##+Blue Marsh Recovery,    2909 Windmill Rd Ste#8,    Sinking Spring, PA 19608-1681
517364390      ##+City of Yonkers,    Parking Violations,    87 Nepperhan Ave 2ndfl,    Yonkers, NY 10701-3818
517364395      ##+Convergent Outsourcing,    10750 Hammerly Blvd,    Ste 200,    Houston, TX 77043-2317
517364423      ##+Keystone Financial Services,    Pob 730,    Allenwood, NJ 08720-0730
517364425      ##+Lighthouse Recovery Assoc,    4380 South Syracuse Street 200,    Denver, CO 80237-2624
517364465      ##+Slater,Tenaglia,Fritz&Hunter PA,    301 Third Street,    Ocean City, NJ 08226-4007
                                                                                    TOTALS: 0, * 2, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
```
              Carleton A. Lewis    on behalf of Debtor Lena N Ragin clewis@lsnj.org,   shenderson@lsnj.org
              Denise E. Carlon    on behalf of Creditor   Bank Of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Sywilok     sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor   Bank Of America, N.A. rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Jun 29, 2018
                              Form ID: pdf905          Total Noticed: 118
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 6