| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>LENA RAGIN,<br><br><center>Debtor.</center> | Case No.: 18-14103 (VFP)<br>Chapter:<br>Hearing Date: July 3, 2018<br>Judge: Vincent F. Papalia |

**Order Filed on July 12, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER COMPELLING ST. BENEDICT'S PREPARATORY SCHOOL TO RELEASE STUDENT TRANSCRIPT AND/OR 504(B) PLAN OF DEBTOR'S SON

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2018**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case: | In re Lena Ragin |
| Case No.: | 18-14103 (VFP) |
| Re: | Order Compelling St. Benedict's Preparatory School to Release Student Transcript and/or 504(B) Plan of Debtor's Son |

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") filed by the Debtor, through Counsel, for an Order compelling St. Benedict's Preparatory School to release the student transcript and/or 504(B) Plan of the Debtor's son, Justin Guyton; and the Court having considered the papers; and due notice having been given; and no objection having been filed thereto; and for good cause shown; and for the reasons set forth on the record on July 3, 2018, it is

**ORDERED** that the Motion of Lena Ragin is granted on the terms set forth herein; and it is further

**ORDERED** that St. Benedict's Preparatory School shall release the student transcript and/or 504(B) Plan of Justin Guyton within seven (7) days of this Order, provided that the Debtor and/or the Debtor's son is required to pay the reasonable and customary processing and/or copying fees associated with the transcript and/or 504(B) Plan; and it is further

**ORDERED** that Debtor's Counsel is required to serve a copy of this Order upon St. Benedict's Preparatory School within five (5) days of the entry of this Order.