| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>LENA RAGIN,<br><br><br>Debtor. | Case No.:   18-14103 (VFP)<br>Chapter:   <br>Hearing Date:  July 3, 2018<br>Judge:   Vincent F. Papalia |

Order Filed on July 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER COMPELLING ST. BENEDICT'S PREPARATORY SCHOOL
TO RELEASE STUDENT TRANSCRIPT AND/OR 504(B) PLAN OF DEBTOR'S SON**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Case:        In re Lena Ragin
Case No.:    18-14103 (VFP)
Re:          Order Compelling St. Benedict's Preparatory School to Release
             Student Transcript and/or 504(B) Plan of Debtor's Son

___

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") filed by the Debtor, through Counsel, for an Order compelling St. Benedict's Preparatory School to release the student transcript and/or 504(B) Plan of the Debtor's son, Justin Guyton; and the Court having considered the papers; and due notice having been given; and no objection having been filed thereto; and for good cause shown; and for the reasons set forth on the record on July 3, 2018, it is

**ORDERED** that the Motion of Lena Ragin is granted on the terms set forth herein; and it is further

**ORDERED** that St. Benedict's Preparatory School shall release the student transcript and/or 504(B) Plan of Justin Guyton within seven (7) days of this Order, provided that the Debtor and/or the Debtor's son is required to pay the reasonable and customary processing and/or copying fees associated with the transcript and/or 504(B) Plan; and it is further

**ORDERED** that Debtor's Counsel is required to serve a copy of this Order upon St. Benedict's Preparatory School within five (5) days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-14103-VFP
Lena N Ragin                                                          Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 13, 2018
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
db             +Lena N Ragin,    83 North 16th Street,    East Orange, NJ 07017-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
      Carleton A. Lewis    on behalf of Debtor Lena N Ragin clewis@lsnj.org,    shenderson@lsnj.org
      Denise E. Carlon    on behalf of Creditor    Bank Of America, N.A. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John  Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
      John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
      Rebecca Ann Solarz    on behalf of Creditor    Bank Of America, N.A. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 6